*Court Of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*

★ ★ ★ ★ ★ ★

## MEMORANDUM OPINION

No. 04-09-00078-CR

Michael **FLORES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 5, Bexar County, Texas
Trial Court No. 267421
Honorable Brenda Chapman, Judge Presiding

PER CURIAM

Sitting:     Catherine Stone, Chief Justice
             Karen Angelini, Justice
             Marialyn Barnard, Justice

Delivered and Filed:  March 11, 2009

DISMISSED FOR LACK OF JURISDICTION

Appellant was sentenced on December 10, 2008.  No timely motion for new trial having been filed, appellant's notice of appeal was due to be filed no later than January 9, 2009.  *See* TEX. R. APP. P. 26.2.  The notice of appeal was not filed until February 3, 2009, and no motion for extension of time was filed.  *See* TEX. R. APP. P. 26.3.  This court lacks jurisdiction over an appeal of a criminal conviction in the absence of a timely, written notice of appeal.  *Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996); *Shute v. State*, 744 S.W.2d 96, 97 (Tex. Crim. App. 1988).

On February 10, 2009, we ordered appellant to show cause in writing why this appeal should not be dismissed for lack of jurisdiction.[1]  Appellant did not respond to our order.  Because no timely, written notice of appeal was filed, the appeal is dismissed for lack of jurisdiction.

PER CURIAM

DO NOT PUBLISH

---

[1] We also noted that the trial court's certification in this appeal states that "this criminal case is a plea-bargain case, and the defendant has NO right of appeal."  Rule 25.2(d) of the Texas Rules of Appellate Procedure provides, "The appeal must be dismissed if a certification that shows the defendant has a right of appeal has not been made part of the record under these rules."  TEX. R. APP. P. 25.2(d).